UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



MARINA BROWN,

          Plaintiff,

  -against-

NEW YORK CITY; and NEW YORK CITY
DEPARTMENT OF EDUCATION,

          Defendants.

No. 2:20-cv-10948

## ORDER

McMahon, J.:

On May 19, 2021, this Court stayed this matter on the parties' request, pending adjudication of an earlier-filed state court action in the Supreme Court of the State of New York (the "State Court Action"). (Dkt. No. 28). In that order, the Court asked that the parties "report back every 90 days." (*Id.*). The parties have not filed any status reports with the Court to date.

The parties are hereby directed to file a report informing the Court of the status of the State Court Action by February 11, 2022 and every 90 days thereafter until the stay is lifted.

Dated: February 8, 2022

                                                               U.S.D.J.

BY ECF TO ALL COUNSEL

1