THE LAW OFFICES OF
# NEAL BRICKMAN, P.C.
420 LEXINGTON AVENUE, SUITE 2811
NEW YORK, NEW YORK 10170

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3\8\2023

NEAL BRICKMAN
JUDITH L. GOLDSBOROUGH
ETHAN Y. LEONARD
VIRGINIA A. REILLY
JASON A. STEWART

**TELEPHONE:**
**(212) 986-6840**

**TELECOPIER:**
**(212) 986-7691**

MEMO ENDORSED

March 6, 2023

Via ECF

Honorable Colleen McMahon, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street – Courtroom 24A
New York, NY 10007-1312
(212) 805-6325

3/7/2023 good luck in your settlement discussions

Re:   *Brown v. NYC DOE, et al.*
      *Case Number: 1:20-cv-10948-CM*

Dear Judge McMahon:

We represent the Plaintiff, Marina Brown, in the above-referenced action. We write today jointly with counsel for Defendants.

Specifically, we write further to the Court's directive that we provide updates every ninety (90) days as to the status of the State Court action. In that regard, please be advised that the State Court has rendered a decision denying in part and granting in part Defendants' Motion to Dismiss. The Defendants' Answer is currently due to be served on or before April 26, 2023, and the Parties are currently discussing a potential resolution to both actions. Thus, the parties respectfully request that the Court extend this case's stay until June 1, 2023 to give the Parties an opportunity to settle.

We thank the Court for its time, attention, and courtesies in this regard.

Respectfully submitted,

Ethan Leonard (EL2497)

Cc:   Kami Z. Barker (Via ECF and Electronic Mail on consent)